RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANTIAGO & ERLINDA DELGADO, | Case No.: C05-01334-RS |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| CITIFINANCIAL SERVICES, INC., a/k/a CITIFINANCIAL, INC., MICHAEL COSENTINO and WAYNE SANDBERG, | |
| Defendant. | |

The parties have reached a settlement, therefore Plaintiff dismisses this action with prejudice.

/s/Ronald Wilcox            7/13/05
Ronald Wilcox, Counsel for plaintiffs    Date